IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Bui, et al.,                                        Case No. 3:14CV428

        Plaintiff

        v.                                             **JUDGMENT ENTRY**

Roy V. Armes, et al.,

        Defendant

For the reasons stated in the Order filed October 6, 2014,

**IT IS HEREBY ORDERED,**

1. Defendants' motion to transfer venue to the District of Delaware (Doc. 13) be, and the same hereby is granted.

2. Defendants' motion to stay proceedings (Doc. 20) be, and the same hereby is denied as moot.

So ordered.

                                                        /s/ James G.Carr
                                                        Sr. U.S. District Judge